UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIAM C HUDDLESTON** | **CIVIL ACTION NO. 22-2105** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SHANNON CONSTANTINE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### J U D G M E N T

Pursuant to the Court's Memorandum Ruling and Order (R. Doc. 73),

**IT IS ORDERED, ADJUDGED, AND DECREED** that that the claims of William Huddleston against Matt Cloud, Mark Baden, Billy Fuller, Mark Wood Shannon Constantine, the City of Alexandria, the Alexandria Police Department, and Ronney Howard are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 2nd day of February, 2026.

_____
**JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE**